AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Charlie Richey<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  6:11MJ 38<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __4/19/2011 to 5/5/2011__ in the county of __Gregg__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | To use any facility or means of interstate or foreign commerce to knowingly persuade, induce or entice or to attempt to persuade, induce or entice a person under 18 years of age to engage in sexual activity |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TODD M. Hiles - Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-6-11

_____
Judge's signature

City and state:  Tyler, Texas       Judith K. Guthrie, U.S. Magistrate Judge
Printed name and title