IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 6:11mj38 |
| CHARLIE RICHEY | § | |

ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action, *in that the Defendant waived his right to a probable cause hearing*, and Defendant, CHARLIE RICHEY, is held over for a grand jury consideration.

So **ORDERED** and **SIGNED** this 13th day of May, 2011.

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE